# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Richard Davis, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.    1:20-cv-01212-JRS-TAB |
| Total Card, Inc., a South Dakota corporation, | ) ) ) | |
| Defendant. | ) ) | |

Dismissal with prejudice acknowledged. JRS, DJ, 8/19/2020 Distribution to all parties of record via CM/ECF.

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulates to the dismissal of his individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated:  August 18, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com